## W. L. BLANKENSHIP *v.* THE STATE.

BASTARDY PROCEEDINGS. *Who competent witness in.* A defendant to a bastardy proceeding is a competent witness in the case. Whilst the proceeding is criminal in some respects, in others it is civil.

Case cited : Crawford *v.* The State, 2 Yerg., 60.

### FROM VAN BUREN.

Appeal from the Circuit Court. N. M. McCONNEL, Judge.

SAVAGE for Blankenship.

J. B. HEISKELL for the State.

NICHOLSON, C. J., delivered the opinion of the Court.

The judgment in this case must be reversed, because the Judge excluded the testimony of defendant Blankenship. The Statute makes his affidavit competent evidence, and we think it was intended by the provisions of the Code as to bastardy proceedings, that the defendant might be examined as a witness. While the proceeding is in some respects criminal in its character, as held in *Crawford* v. *The State*, it is, also, in some of its characteristics, civil; and under the law which allows parties to testify, in connection with the provision which makes the affidavit of the defendant competent evidence, we think it was error in the Court to exclude his testimony.

For this error the judgment is reversed.